```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
HARTFORD FIRE INSURANCE CO.,      :
                                  :
               Plaintiff,         :
                                  :         20 Civ. 1292(VM)
          -against-               :         ORDER
                                  :
BROAN-NUTONE, LLC,                :
                                  :
               Defendant.         :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the initial conference in the above-captioned action, currently scheduled to be held on Friday, April 10, 2020, shall be rescheduled to Friday, May 15, 2020 at 4:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         3 April 2020

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.