```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HARTFORD FIRE INSURANCE CO.,        :
                                    :
            Plaintiff,              :
                                    :
    - against -                     :    20 Civ. 1292(VM)
                                    :
BROAN-NUTONE, LLC,                  :
                                    :
            Defendant.              :
------------------------------------X
HARTFORD FIRE INSURANCE CO.,        :
                                    :
            Plaintiff,              :
                                    :
    - against -                     :    20 Civ. 3184 (VM)
                                    :
BROAN-NUTONE, LLC,                  :
                                    :
            Defendant.              :
------------------------------------X    ORDER
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same or substantially similar defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lowest numbered case, 20 Civ. 1292; and it is finally

**ORDERED** that the Clerk of Court close the above-referenced higher numbered case, 20 Civ. 3184, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   New York, New York
         16 June 2020

_____
Victor Marrero
U.S.D.J.