```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
HARTFORD FIRE INSURANCE CO.,       :
                                   :
               Plaintiff,          :
                                   :         20 Civ. 1292(VM)
        -against-                  :         ORDER
                                   :
BROAN-NUTONE, LLC,                 :
                                   :
               Defendant.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the initial conference in the above-captioned action, currently scheduled to be held on Friday, June 26, 2020 at 2:45 p.m., shall be held telephonically. The teleconference shall take place using the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          24 June 2020

_____
Victor Marrero
U.S.D.J.