UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HARTFORD FIRE INSURANCE COMPANY,         :
                                          :
                        Plaintiff,        :           20-CV-1292 (VM) (OTW)
                                          :
                -against-                 :           **ORDER**
                                          :
BROAN-NUTONE, LLC,                        :
                                          :
                        Defendant.        :
                                          :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

In June 2020, Judge Marrero entered a civil case management order and referred the case to me for general pretrial supervision. (ECF 21). The parties are directed to submit a joint status letter to the undersigned on December 11, 2020.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge